UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COREY STONE, | ) | NO. CV 08-5295-JVS(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOREL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    In this action, petitioner, a state prisoner, has filed a motion for extension of time. The court has ordered that the motion be denied.

    ACCORDINGLY, IT IS HEREBY ADJUDGED that the motion is denied and this action is dismissed without prejudice.

DATE: August 28, 2008

*[signature]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE